UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Otar JAMALASHVILI,<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN, IMPERIAL REGIONAL DETENTION FACILITY, et al.,<br><br>                              Respondents. | Case No.:  26-cv-0961-AGS-DEB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Otar Jamalashvili seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. In the government's return, it asserts that its "position" is "that Petitioner is subject to mandatory detention under § 1225(b), because Petitioner was present in the United States without being admitted or paroled" when he was re-detained two years after his previous release. (ECF 8, at 2.) And the government "incorporates by reference" its arguments about this issue from previous cases. (*Id.* at 4.)

To its credit, the government also "acknowledges that Courts in this District have repeatedly reached the opposite conclusion." (*Id.* at 3.) One of the government's cited cases for that point is this Court's decision in *Nayyer v. LaRose*, No. 25-cv-3111-AGS-DDL (S.D. Cal. Nov. 20, 2025). (*See* ECF 8, at 3, 4 n.2.) The Court incorporates its reasoning from that case and concludes that Jamalashvili is detained under 8 U.S.C. § 1226(a), not § 1225.

Thus, the habeas petition is **GRANTED**. All pending hearings and deadlines are vacated. By **March 13, 2026**, respondents must provide Jamalashvili a bond hearing before an immigration judge.

Dated:  February 27, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-0961-AGS-DEB